IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 4:19-CR-00001-001 |
| **FABIAN LAMAR BRITT** | |

## ORDER

On January 24, 2025, the Court entered an Order (ECF. Doc.55) requesting that Fabian Britt remain in the custody of the U.S. Marshals Service and be transported to the Clarvida-Taylor House, Columbus, Georgia, to begin in-patient mental health and substance abuse services on January 30, 2025. Further, on the same date, the Court entered an Order (ECF. Doc.56) dismissing the warrant, effective January 30, 2025, and further, holding the revocation proceedings in abeyance while Britt complies with the rules and regulations of the above treatment program. On January 29, 2025, the Court entered a subsequent Order (ECF. Doc.57) postponing the transport and delivery of Fabian Britt to the custody of Clarvida-Taylor House, Columbus, Georgia, until February 6, 2025. An alternate Order (ECF. Doc. 58) was entered on February 5, 2025, postponing transport until a suitable facility could be located.

For good and sufficient cause made known to the Court, it is ordered that Fabian Britt remain in the custody of the United States Marshals Service to be transported and delivered to the custody of Clarvida- Taylor House, Columbus, Georgia, to begin in-patient mental health and substance abuse services on March 27, 2025. The Government and Federal Defender's Office has been notified and offered no objections.

SO ORDERED this 25th day of March, 2025.

LESLIE ABRAMS GARDNER
CHIEF U.S. DISTRICT JUDGE